IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KRISS DOBREV,

                Plaintiff,

  v.

WALWORTH COUNTY DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
THELMA KUNZ, DAVID THOMPSON, and
ETTY WILBERDING,

                Defendants.

ORDER

16-cv-1-jdp

---

Pro se plaintiff Kriss Dobrev brings claims under the Fourteenth Amendment, the Individuals with Disabilities Education Act, and Wisconsin state law against defendants concerning their interactions with his autistic son. Defendants move for summary judgment. Dkt. 60. Dobrev has filed an opposition brief that does not comply with this court's procedures to be followed on motions for summary judgment. Dkt. 8. Most importantly, Dobrev cites evidentiary materials in his brief but has not filed his own proposed findings of fact, nor does he cite evidence in his responses to defendants' proposed findings of fact.

Because Dobrev is a pro se litigant, I will give him an opportunity to file a response to defendants' summary judgment motion, including a response to defendants' proposed findings of fact, Dobrev's own proposed findings of fact, and evidence or exhibits to support his claims. I will include with this order an additional copy of this court's procedures to be followed on motions for summary judgment, which details the requirements that Dobrev must follow. Dobrev should take particular care to cite to specific evidence, by paragraph or page number, when responding to defendants' proposed findings of fact and when listing his own proposed

findings of fact. Any proposed fact not disputed in whole or in part will be deemed undisputed. Dobrev should review the example proposed findings of fact included in the summary judgment procedures as a guide in drafting his own proposed facts.

ORDER

IT IS ORDERED that:

1. Plaintiff Kriss Dobrev may have until March 30, 2018, to file his complete opposition to defendants' motion for summary judgment.

2. The clerk of court is directed to send plaintiff a copy of the court's procedures on motions for summary judgment included with the pretrial conference order. Dkt. 8.

Entered March 9, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge